IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 14-cv-00396-LTB

PHILIP A. PUNK JR.,

    Applicant,

v.

HAGGER, Director of CDOC,
LOU ARCHULETA, Warden, F.C.F., and
JOHN SUTHERS, The Attorney General of the State of Colorado,

    Respondents.

---

## JUDGMENT

---

    Pursuant to and in accordance with the Order of Dismissal entered by Lewis T. Babcock, Senior District Judge, on May 1, 2014, it is hereby

    ORDERED that Judgment is entered in favor of Respondents and against Applicant.

    DATED at Denver, Colorado, this 1st day of May, 2014.

                    FOR THE COURT,

                    JEFFREY P. COLWELL, Clerk

                    By: s/K Lyons
                        Deputy Clerk